## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 77**

In the Matter of                                    Case Number:

DeMarco Max Vac Corporation v.

Northwind Air Systems d/b/c Durovac Max Vac,
Jan Ostermeier & Industrial Vacuum Sales, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, DeMarco Max Vac Corporation

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE VALDEZ**

| NAME (Type or print) |  |
|---|---|
| Jon D. Cohen |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jon D. Cohen | |
| FIRM | |
| Stahl Cowen Crowley Addis | |
| STREET ADDRESS | |
| 55 W. Monroe St., Suite 1200 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6206666 | 312-641-0060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT