## United States District Court for the Northern District of Illinois

Case Number: `08cv77`                    Assigned/Issued By: `j. n.`

Judge Name: `der-yeghiayan`              Designated Magistrate Judge: `valdez`

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP          ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

### ISSUANCES

☐ Summons                                    ☑ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____

☐ Citation to Discover Assets                _____
                                             (Victim, Against and $ Amount)
☐ Writ _____
        (Type of Writ)

`2` Original and `2` copies on `1-10-08` as to `northwind air systems;`
                         (Date)
`jan ostermeier industrial vacuum sales llc`

_____