## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of Defendants' **Answer and Affirmative Defenses** has been served this 5th day of March, 2008 via ECF filing, courtesy copies via e-mail and U.S. Mail, to:

> Jon D. Cohen
> STAHL COWEN CROWLEY LLC
> 55 West Monroe Street
> Suite 1200
> Chicago, Illinois 60603

>    */s/ Jeana R. Lervick*
> Jeana R. Lervick
> BELL, BOYD & LLOYD LLP
> 70 West Madison Street
> Suite 3100
> Chicago, IL 60602
> (312) 373-1121