# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 77 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Demarco Max Vac vs. Northwind Air Systems | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 07/23/08 at 9:00 a.m. As stated on the record, Defendants' answer to Plaintiff's complaint to be filed by 03/05/08. Plaintiff's expert disclosure and reports shall be served by 06/13/08. Defendants' expert disclosure and reports shall be served by 06/27/08. All discovery shall be noticed in time to be completed by 07/18/08. Dispositive motions are to be filed by 08/18/08. Responses to the dispositive motions, if any, are to be filed by 09/02/08 and replies, if any, are to be filed by 09/09/08. In the event the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der-Yeghiayan's settlement conference procedures as outlined on his web page.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | maw |
|---|---|---|