## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of Defendants' MOTION FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT MEDIATION AND TO STAY DISCOVERY DURING SETTLEMENT DISCUSSIONS and accompanying NOTICE OF MOTION have been served this 19th day of May, 2008 via ECF filing, courtesy copy via U.S. Mail, to:

>Jon D. Cohen
>STAHL COWEN CROWLEY LLC
>55 West Monroe Street
>Suite 1200
>Chicago, Illinois 60603

>        */s/ Jeana R. Lervick*
>Jeana R. Lervick
>BELL, BOYD & LLOYD LLP
>70 West Madison Street
>Suite 3100
>Chicago, IL 60602
>(312) 373-1121