# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DEMARCO MAX VAC           )
CORPORATION             )
                           )
        Plaintiff,         )
     v.                    )       Civil Action No.     08 C 77
                           )
NORTHWIND AIR SYSTEMS (a Canadian     )    Judge Der-Yeghiayan
Corporation) d/b/a           )    Magistrate Judge Valdez
DUROVAC INDUSTRIAL VACUUMS,    )
& JAN OSTERMEIER INDUSTRIAL      )
VACUUMS SALES LLC (A Wisconsin     )
Corporation)               )
                           )
        Defendants.     )
                           )

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that Defendants, Northwind Air Systems, Jan Ostermeier and Jan Ostermeier Industrial Vacuum Sales LLC (collectively "Defendants") will bring their MOTION FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT MEDIATION AND TO STAY DISCOVERY DURING SETTLEMENT DISCUSSIONS for hearing on Thursday, May 22, 2008 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Room 1903 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated: May 19, 2008

Respectfully submitted,


By: ___/s/ Jeana R. Lervick_____

Michael J. Abernathy
Jeana R. Lervick
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
312.372.1121
312.827.8000 (facsimile)

ATTORNEYS FOR DEFENDANTS