UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Demarco Max Vac Corporation
                        Plaintiff,
v.                                        Case No.: 1:08−cv−00077
                                               Honorable Samuel Der−Yeghiayan
Northwind Air Systems, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: as stated on the record, Defendants Northwind Air Systems, Jan Ostermeier Industrial Vacuums Sales LLC's motion for referral to Magistrate for settlement is denied without prejudice and Defendants Northwind Air Systems, Jan Ostermeier Industrial Vacuums Sales LLC's motion to stay discovery [14] is denied. All dates previously set are to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.