## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of **Defendant Jan Ostermeier's Answer and Affirmative Defenses** has been served this 2nd day of June, 2008 via ECF filing, courtesy copy via U.S. Mail, to:

> Jon D. Cohen
> STAHL COWEN CROWLEY LLC
> 55 West Monroe Street
> Suite 1200
> Chicago, Illinois 60603

>           /s/ Jeana R. Lervick_____
>           Jeana R. Lervick
>           BELL, BOYD & LLOYD LLP
>           70 West Madison Street
>           Suite 3100
>           Chicago, IL 60602
>           (312) 373-1121