**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 08-cv-77

DEMARCO MAX VAC CORP., Plaintiff
      v.
NORTHWIND AIR SYSTEMS d/b/a DUROVAC
INDUSTRIAL VACUUMS, & JAN OSTERMEIER
INDUSTRIAL VACUUMS SALES LLC, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Jan Ostermeier, an individual

| | |
|---|---|
| NAME (Type or print) <br> Michael J. Abernathy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael J. Abernathy/ | |
| FIRM <br> Bell, Boyd & Lloyd LLP | |
| STREET ADDRESS <br> 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183736 | TELEPHONE NUMBER <br> 312-807-4257 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |