**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of **Agreed Motion for Entry of Protective Order** and its accompanying **Notice of Motion** have been served this 16th day of June, 2008 via ECF filing to:

>Jon D. Cohen
>STAHL COWEN CROWLEY LLC
>55 West Monroe Street
>Suite 1200
>Chicago, Illinois 60603

>/s/ *Jeana R. Lervick*
>Jeana R. Lervick
>BELL, BOYD & LLOYD LLP
>70 West Madison Street
>Suite 3100
>Chicago, IL 60602
>(312) 373-1121