UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMARCO MAX VAC CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.     08 C 77 |
| NORTHWIND AIR SYSTEMS (a Canadian Corporation) d/b/a DUROVAC INDUSTRIAL VACUUMS, & JAN OSTERMEIER INDUSTRIAL VACUUMS SALES LLC (A Wisconsin Corporation) | ) ) ) ) ) ) ) | Judge Der-Yeghiayan Magistrate Judge Valdez |
| Defendants. | ) ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that Defendants, Northwind Air Systems, Jan Ostermeier and Jan Ostermeier Industrial Vacuum Sales LLC (collectively "Defendants") will bring their Agreed Motion for Entry of Protective Order for hearing on Tuesday, June 24, 2008 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Room 1903 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated: June 16, 2008

                                                    Respectfully submitted,

                                                    By:     */s/ Jeana R. Lervick*_____

Michael J. Abernathy
Jeana R. Lervick
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
312.372.1121
312.827.8000 (facsimile)