**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Demarco Max Vac Corporation
                        Plaintiff,

v.                                    Case No.: 1:08–cv–00077
                                               Honorable Samuel Der–Yeghiayan

Northwind Air Systems, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Defendants Northwind Air Systems, Jan Ostermeier, Jan Ostermeier Industrial Vacuums Sales LLC's agreed motion for protective order [20] is granted. All dates previously set are to stand. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.