**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEMARCO MAX VAC CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-cv-77 |
| ) | Hon. Samuel Der-Yeghiayan |
| v. ) | Mag. Judge Maria Valdez |
| NORTHWIND AIR SYSTEMS ) | |
| (a Canadian Corporation) d/b/a DUROVAC ) | |
| INDUSTRIAL VACUUMS, & JAN ) | |
| OSTERMEIER INDUSTRIAL VACUUMS ) | |
| SALES LLC (a Wisconsin Corporation), ) | |
| ) | |
| Defendants. ) | |
| ————————————————) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of JOINT MOTION

TO EXTEND DISCOVERY CUT-OFF and accompanying NOTICE OF JOINT

MOTION TO EXTEND DISCOVERY CUT-OFF DATES have been served this 15th

day of July, 2008 via ECF filing, courtesy copy via U.S. Mail, to:


        Jeana R. Lervick
        BELL, BOYD & LLOYD LLP
        70 West Madison Street
        Suite 3100
        Chicago, IL 60602
        (312) 373-1121

By: /s/ Jon D. Cohen, attorney no. 6206666
Stahl Cowen Crowly Addis
55 W. Monroe St., Ste 1200
Chicago, Illinois 606032
(312) 641-0060 (voice)
312) 423-8156 (fax)