## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Demarco Max Vac Corporation

Plaintiff,

v.

Case No.: 1:08–cv–00077<br>Honorable Samuel Der–Yeghiayan

Northwind Air Systems, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

     MINUTE entry before the Honorable Samuel Der–Yeghiayan: As stated on the record, the parties are attempting to settle the instant action. Therefore, discovery and dispositive motion schedule previously set is hereby stricken to be reset at a later date if necessary. In the event the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der–Yeghiayan's settlement conference procedures as outlined on his home page. Plaintiff's agreed motion for extension of time to complete discovery [24] is denied as moot. Status hearing reset to 10/02/08 at 9:00 a.m. Status hearing set for 07/23/08 is hereby stricken as moot. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.