# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| DEMARCO MAX VAC CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-cv-77 |
| ) | Hon. Samuel Der-Yeghiayan |
| v. ) | Mag. Judge Maria Valdez |
| NORTHWIND AIR SYSTEMS ) | |
| (a Canadian Corporation) d/b/a DUROVAC ) | |
| INDUSTRIAL VACUUMS, & JAN ) | |
| OSTERMEIER INDUSTRIAL VACUUMS ) | |
| SALES LLC (a Wisconsin Corporation), ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF JOINT MOTION CONSENTING TO MEDIATION BY MAGISTRATE

PLEASE TAKE NOTICE that Plaintiff, DeMarco Max Vac Corpo., will present its Joint Motion Consenting to Mediation by Magistrate along with Defendants Northwind Air Systems, Jan Ostermeier and Jan Ostermeier Industrial Vacuum Sales LLC (collectively "Defendants") on August 7, 2008 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Room 1903 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated: August 7, 2008

Respectfully submitted,

Counsel for Plaintiff
By: /s/ Jon D. Cohen, attorney no. 6206666
Stahl Cowen Crowly Addis
55 W. Monroe St., Ste 1200
Chicago, Illinois 606032
(312) 641-0060 (voice)
312) 423-8156 (fax)