IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| DEMARCO MAX VAC CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>NORTHWIND AIR SYSTEMS )<br>(a Canadian Corporation) d/b/a DUROVAC )<br>INDUSTRIAL VACUUMS, & JAN )<br>OSTERMEIER INDUSTRIAL VACUUMS )<br>SALES LLC (a Wisconsin Corporation), )<br>)<br>Defendants. )<br>_____) | Civil Action No. 08-cv-77<br>Hon. Samuel Der-Yeghiayan<br>Mag. Judge Maria Valdez |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of JOINT MOTION CONSENTING TO MEDIATION BY MAGISTRATE and accompanying NOTICE OF JOINT MOTION CONSENTING TO MEDIATION BY MAGISTRATE have been served this 4th day of August via ECF filing, courtesy copy via U.S. Mail, to:

Jeana R. Lervick
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
(312) 373-1121

By: /s/ Jon D. Cohen, attorney no. 6206666
Stahl Cowen Crowly Addis
55 W. Monroe St., Ste 1200
Chicago, Illinois 606032
(312) 641-0060 (voice)
312) 423-8156 (fax)