UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Demarco Max Vac Corporation
                       Plaintiff,

v.                                     Case No.: 1:08–cv–00077
                                        Honorable Samuel Der–Yeghiayan

Northwind Air Systems, et al.
                       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Maria Valdez for the purpose of holding proceedings related to: settlement conference. (mw, ) Mailed notice.

Dated: August 5, 2008

                                                                   /s/ Samuel Der–Yeghiayan

                                                                     United States District Judge